# UNITED STATES MARSHAL LETTER (TAMPA)

**United States Marshals Service**
Middle District of Florida – Tampa Division
801 North Florida Avenue
Tampa, FL 33602

## NOTICE OF PENDING APPEAL & DISPUTED POSSESSION

Dear Marshal,

This letter provides formal notice that:

1. **Possession of my residence is under active appeal** before the Eleventh Circuit;

2. **I contest all jurisdictional authority to remove me at this time**;

3. I have **never had a full evidentiary hearing**;

4. Any forced eviction prior to appellate resolution would cause **irreparable constitutional harm**;

5. I am a **victim of a federal Ponzi scheme**, not a wrongdoer.

I respectfully request that **no enforcement action occur absent final, non-appealable orders**.

Respectfully,

*[signature]* 12/7/25

Mark Paul Haye
Pro Se Appellant / Interested Party
100 1st ave n., 203, St Pete, Florida, 33701
7278047220
Markhaye31@yahoo.com