# TAMPA FEDERAL COURT LETTER

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Case No.: 8:25-mc-00022-TPB-NHA

Mark Paul Haye
100 1st Avenue North, Unit 203
St. Petersburg, FL 33701
Tel: (727) 804-7220
Email: markhaye31@yahoo.com

**December 6, 2025**

**Clerk of Court**
United States District Court
Middle District of Florida – Tampa Division
801 North Florida Avenue
Tampa, FL 33602

## RE: NOTICE OF PENDING APPEAL, DECEMBER 11 HEARING, AND DUE PROCESS OBJECTIONS

Dear Clerk and Honorable Court,

I respectfully submit this notice regarding the above-referenced matter involving the Receiver's request for writ of possession concerning my homestead residence.

1. **ACTIVE ELEVENTH CIRCUIT APPEAL**

This case is currently pending before the Eleventh Circuit Court of Appeals in **Case No. 25-12437-E**. Final appellate briefs from both sides have now been submitted. The central issues on appeal include:

- Improper service and lack of due process;

- A fraudulent, voidable mortgage created with my own invested funds;

- Florida homestead protections; and

- Jurisdictional violations under **Griggs v. Provident Consumer Discount Co., 459 U.S. 56 (1982)**.

2. **DECEMBER 11, 2025 TAMPA HEARING**

I understand a hearing is scheduled for **December 11, 2025** in Tampa regarding turnover and possession. I respectfully state for the record that:

- **I have never been properly served** as specifically ordered by the District Court.

- **No Certificate of Service was ever filed**, so no lawful 14-day response window was triggered.

- I have **never had a full evidentiary hearing** on service, tracing, homestead, or fraudulent mortgage issues.

3. **FALSE CLAIM THAT TITLE HAS BEEN TRANSFERRED**

The Receiver has repeatedly represented that title has already been transferred. I respectfully dispute this characterization as procedurally improper and contested

in the Eleventh Circuit. These representations are now part of the appellate record.

### 4. I AM A VICTIM, NOT A WRONGDOER

I lost **over $2,000,000** in this Ponzi scheme and am proceeding **pro se solely because I was financially destroyed**. I am not an adversary to the Receivership—I am a victim-creditor seeking lawful process.

### 5. FRAUDULENT & VOIDABLE MORTGAGE

The mortgage was created using my own invested funds under fraudulent inducement. At minimum, this mortgage is **voidable** and subject to:

- Rescission,
- Promissory note offset,
- Refinancing, or
- Voluntary sale.

### 6. EXTREME AND IRREPARABLE HARM

If possession is enforced now, I will be rendered **homeless**. I have no other residence and no remaining funds. I respectfully assert that **irreparable harm will occur if enforcement proceeds before appellate review is completed.**

## FORMAL REQUEST

I respectfully request that this Court:

1. Take judicial notice of the pending Eleventh Circuit appeal;

2. Preserve the jurisdictional status quo;

3. Refrain from issuing or enforcing any writ of possession until the appeal is resolved;

4. Allow me my first full opportunity to be heard in open court.

Respectfully submitted,

Mark Paul Haye
Pro Se Appellant / Interested Party
100 1st ave n., 203, St Pete, Florida, 33701
7278047220
Markhaye31@yahoo.com