UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.

                      Civil Action No. 8:25-mc-00022-TPB-NHA

DRIVE PLANNING, LLC, and
RUSSELL TODD BURKHALTER,

    Defendants,
and

JACQUELINE BURKHALTER,
THE BURKHALTER RANCH
CORPORATION, DRIVE
PROPERTIES, LLC, DRIVE
GULFPORT PROPERTIES LLC,
and TBR SUPPLY HOUSE, INC.,

    Relief Defendants.
_____/

## MOTION FOR AUTHORITY
## TO FORCIBLY ENTER REAL PROPERTY OF RECEIVERSHIP ESTATE

Kenneth D. Murena, Esq., the court-appointed Receiver ("Receiver"), on behalf of the Receivership Estate of Drive Planning, LLC, hereby files his Motion for Authority to Forcibly Enter Real Property of Receivership Estate, and in support states:

1. On November 18, 2025, the Receiver filed a Motion for Entry of Order Directing the Clerk of Court to Issue a Writ of Possession for the real property located at 100 1st Avenue North, Unit 203, St. Petersburg, Florida 33701 (the "Property"). *See* ECF No. 2.

2. On December 12, 2025, the Court granted the Receiver's motion and expressly directed the Clerk of Court to issue a Writ of Possession. *See* ECF No. 37.

3. On December 17, 2025, the Writ of Possession was issued by the Clerk of Court. *See* ECF No. 41.

4. The Receiver submitted the issued Writ of Possession to the United States Marshals Service for execution.

5. Following the submission of the Writ of Possession to the United States Marshals Service, the Receiver engaged in extensive, good-faith discussions with Mr. Haye in an effort to achieve a consensual resolution of the Estate's claims relating to the Property. During that period, material terms were negotiated and draft agreement documentation was prepared and subject to further negotiation. Despite these efforts, Mr. Haye has declined to execute any agreement and has not surrendered possession of the Property.

6. As a result of Mr. Haye's continued refusal to complete an agreement which could be submitted to the Receivership Court for approval, and obvious delay tactics, and the Estate's ongoing lack of possession of the Property, the

Receiver now seeks limited relief solely to effectuate the Court's previously issued Writ of Possession.

7. The United States Marshals Service has advised that, notwithstanding the issued Writ of Possession, it requires a separate court order expressly authorizing forcible entry if access to the Property is refused.

8. The Receiver therefore seeks a limited order authorizing the United States Marshals Service to forcibly enter the Property, if necessary, solely to execute the already-issued Writ of Possession.

9. This Motion does not seek new relief and does not modify any prior order of this Court. It is submitted solely to facilitate enforcement of the Court's existing Writ of Possession in accordance with the United States Marshals Service's requirements.

10. Upon entry of an order from this Court, the Receiver will promptly serve the Order on Mr. Haye and afford him a final opportunity to either execute the proposed agreement or vacate the Property.

11. In accordance with Local Rules, the Receiver is prepared to submit a proposed order upon request and authorization from the Court.

WHEREFORE, the Receiver respectfully requests that the Court enter an order authorizing the United States Marshals Service to forcibly enter the Property, if necessary, solely to execute the already-issued Writ of Possession.

## CERTIFICATION OF CONFERENCE

The undersigned counsel certifies that prior to filing this motion the Receiver conferred with counsel for the SEC, and undersigned counsel conferred with Defendant Russell Todd Burkhalter and counsel for the Relief Defendants, and such counsel and Mr. Burkhalter confirmed that the SEC, Mr. Burkhalter, and the Relief Defendants and have no opposition to the requested relief.  Undersigned counsel conferred with Mark Haye, and Mr. Haye objects to the relief requested.

.

Respectfully submitted,

s/ *Russell Landy*
Russell Landy, Esq.
Florida Bar No. 44417
rlandy@dvllp.com
*Lead Counsel for Kenneth D. Murena,*
Adriana M. Pavon
Florida Bar No. 1025060
apavon@dvcattorneys.com
DAMIAN | VALORI | CULMO
1000 Brickell Avenue, Suite 1020
Miami, Florida  33131
Telephone: (305) 371-3960

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, I electronically filed the foregoing Motion using the CM/ECF System, which will automatically send e-mail notification of such filing to all registered attorneys of record, and sent the foregoing Motion to Mark Haye by e-mail to mhaye@xxicenturyfin.com, and by U.S. Mail to Mr. Haye's residence in St. Petersburg, Florida 33701, and to Defendant Russell Todd Burkhalter by e-mail.

>    s/*Russell Landy*
>    Russell Landy, Esq.
>    Florida Bar No. 44417