# EMERGENCY NOTICE OF ONGOING TENDER OF FULL PAYMENT

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DRIVE PLANNING, LLC, et al.,

Defendants,

and

JACQUELINE BURKHALTER, et al.,

Relief Defendants.

Case No. 8:25-mc-00022-TPB-NHA

## EMERGENCY NOTICE OF ONGOING TENDER OF FULL PAYMENT AND REQUEST THAT ENFORCEMENT BE HELD IN ABEYANCE

COMES NOW Mark Paul Haye, and files this Emergency Notice to advise the Court of material facts directly bearing on the Receiver's Motion for Authority to Forcibly Enter Real Property (ECF 42), and states:

### 1. Substantial Payoff Has Already Been Tendered

The Receivership Estate has already received and is holding $1,400,000 toward the full resolution of the Property located at 100 1st Avenue North, Unit 203, St. Petersburg, Florida, consisting of:

- $200,000 paid on January 5, 2026;
- $1,000,000 wired on January 22, 2026; and
- $300,000 wired today, January 26, 2026.

JAN 26 2026 AM 10:59
FILED - USDC - FLMD - TPA

These funds were tendered in good faith toward full satisfaction of the Receivership Estate's demand relating to the Property and are currently being held by the Receiver.

**2. Full Redemption Is Actively Underway**

The undersigned is in the process of transmitting the remaining $100,000 necessary to complete the $1.6 million payoff demanded by the Receiver, which will fully satisfy the Estate's claim against the Property.

This is not a refusal to perform — it is an ongoing cash redemption of the Property.

**3. Eviction During Ongoing Redemption Would Cause Irreparable Harm**

The Receiver's pending request for forcible entry and eviction is inconsistent with the reality that:

- The Estate is already holding the overwhelming majority of the demanded payoff; and
- The remaining balance is actively being tendered to complete full satisfaction.

Forcibly dispossessing the undersigned while full payment is being made would destroy equity, disrupt an imminent redemption, and serve no legitimate Receivership purpose where the Estate will be made whole.

**4. This Court Has Inherent Authority to Pause Enforcement Pending Completion of Payment**

Federal equity does not permit forfeiture or eviction where a party is actively tendering full payment and redemption is in progress. The Receiver will suffer no prejudice by allowing completion of payment, but the undersigned would suffer immediate and irreparable harm if dispossessed during that process.

**RELIEF REQUESTED**

The undersigned respectfully requests that the Court:

1. Take notice that $1.5 million has already been paid toward the Property;
2. Recognize that full payoff is actively underway; and
3. Hold enforcement of the Writ of Possession in abeyance pending completion of the remaining tender and issuance of a satisfaction and release

Respectfully submitted,

*[signature]*

Mark Paul Haye

100 1st Avenue North, Unit 203

St. Petersburg, Florida 33701

[Markhaye31@yahoo.com](mailto:Markhaye31@yahoo.com)

7278047220

Date: January 26, 2026



**ACHIEVA** BANKING FOR GOOD™

1659 Achieva Way
Dunedin FL 34698
(727) 431-7680

Your wire request for $300,000.00 will be debited from account ~~1772518-0550~~.

**\*\*\* WIRE DETAILS \*\*\***

**Wire Sequence**
56200

**UETR**
6447fcb3-ce41-451a-8b10-d5610bbc388e

**Local Instrument Code**
CTRC - Core Customer Transfer
pacs.008.001.08

**Purpose of Wire**
Purchase condos.

**Charge Bearer**
SHAR

**Originator Information**

**Originating FI**
Achieva Credit Union
USABA  263182312
1659 Achieva Way
Dunedin FL 34698
United States

**Originator**
Mark Haye
BBAN  1772518-0550
100 1st Ave N
ST. PETERSBURG FL 33701
United States

**Originator To Beneficiary**
Mark Haye
100 1st Ave N # Unit 203
St Pete, FL 33701

**Entered Date**
01/26/2026 08:13 AM Central Time

**Effective Date**
01/26/2026

**Receiving Financial Institution**
066004367  CITY NB OF FLA

**Beneficiary Information**

**Beneficiary**
Damian Valori Culmo
BBAN  30000717148
1000 Brickell Ave.
Ste. 1020
Miami, FL 33131
United States

**Beneficiary Reference**
NOTPROVIDED

**Beneficiary FI**
CITY NB OF FLA
USABA  066004367
100 SE 2ND ST
MIAMI, FL 33131
United States

SIGNATURE _____
DATE 01/26/2026

Manager's Signature (over $5,000) _____

I understand that wire transfers initiated through the Federal Reserve are governed by Regulation "J", and that I may request an additional copy of this disclosure which outlines my responsibilities in the wire process if I desire. I understand it is my responsibility to provide accurate account and routing numbers to the Credit Union. I have reviewed the above information and confirm that it is accurate. The Credit Union may rely on these numbers even if they identify a different party or institution. I understand the cut-off deadlines, and I authorize Achieva CU to wire funds from my account and deduct the fee. I attest that I have reviewed and accept the additional terms of the Wire Transfer Request Agreement: By requesting this funds transfer, the undersigned member ("you") and Achieva Credit Union ("Credit Union", "we","us" or "our") agree as follows:

Regulation J determines the rights and liabilities for Fedwire wire transfers and Florida's Uniform Commercial Code Article 4 Adetermines rights and liabilities for non-Fedwire wire transfers. You agree to examine the periodic statement within 14 days after the statement is mailed and immediately notify us of any discrepancy or error. If you fail to notify us



**BANKING FOR GOOD™**

1659 Achieva Way
Dunedin FL 34698
(727) 431-7680

Your wire request for $1,000,000.00 will be debited from account ~~1772518-0550~~.

*** WIRE DETAILS ***

**Wire Sequence**
56102
**UETR**
69a84922-0781-4d08-a8dc-ec2cadb24e00
**Local Instrument Code**
CTRC - Core Customer Transfer
pacs.008.001.08
**Purpose of Wire**
Property Purchase/Closing
**Charge Bearer**
SHAR
**Originator Information**
**Originating FI**
Achieva Credit Union
USABA  263182312
1659 Achieva Way
Dunedin FL 34698
United States
**Originator**
Mark Haye
BBAN  1772518-0550
100 1st Ave N
ST. PETERSBURG FL 33701
United States
**Originator To Beneficiary**
Haye - 100 1st Ave N #203 St. Pete
FL, 33701

**Entered Date**
01/22/2026 10:32 AM Central Time
**Effective Date**
01/22/2026
**Receiving Financial Institution**
066004367  CITY NB OF FLA
**Beneficiary Information**
**Beneficiary**
Receiver Account Drive Planning
BBAN   30000717148
1000 Brickell Ave Suite 1020
Miami, FL, 33131
United States
**Beneficiary Reference**
Haye - 100 1st Ave N #203 St. Pete
**Beneficiary FI**
CITY NB OF FLA
USABA   066004367
100 SE 2ND ST
MIAMI, FL 33131
United States

SIGNATURE _____
DATE 01/22/2026

Manager's Signature (over $5,000) _____

I understand that wire transfers initiated through the Federal Reserve are governed by Regulation "J", and that I may request an additional copy of this disclosure which outlines my responsibilities in the wire process if I desire. I understand it is my responsibility to provide accurate account and routing numbers to the Credit Union. I have reviewed the above information and confirm that it is accurate. The Credit Union may rely on these numbers even if they identify a different party or institution. I understand the cut-off deadlines, and I authorize Achieva CU to wire funds from my account and deduct the fee. I attest that I have reviewed and accept the additional terms of the Wire Transfer Request Agreement: By requesting this funds transfer, the undersigned member ("you") and Achieva Credit Union ("Credit Union", "we","us" or "our") agree as follows:

Regulation J determines the rights and liabilities for Fedwire wire

 City National Bank

City National Bank
100 S.E. 2nd Street
Miami, Florida, 33131

DRIVE PLANNING LLC RECEIVERSHIP
1000 BRICKELL AVE STE 1020
MIAMI FL 33131-3014

DATE: 01/05/26
DIRECT INQUIRIES TO: 305-448-6500
ACCOUNT: ######7679

Dear DRIVE PLANNING LLC RECEIVERSHIP,

Your City National Bank account ending in ######7679 has been credited on 01/05/26 for an Incoming Wire Transfer as detailed below. Any applicable fees are set forth in the fee schedule associated with your deposit account (available on www.citynational.com) and will be detailed on your account statement.

**Wire Information:**
| | |
|---|---|
| USD AMOUNT: | $200,000.00 |
| TRANSACTION REFERENCE: | 690067265 |
| SERVICE REFERENCE: | 20260105GMQFMP01029701 |
| END-TO-END ID: | 20260105GMQFMP01029701 |
| ORIGINATOR: | Mark Haye |
| | 100 1st Ave N |
| | ST. PETERSBURG FL 33701 |
| ID: | ######## |
| ORIGINATING BANK: | ACHIEVA CREDIT UNION |
| INSTRUCTING BANK: | ACHIEVA CREDIT UNION |
| REFERENCE FOR BENEFICIARY: | NOTPROVIDED |
| PAYMENT DETAIL: | Mark HayeReceiver Account Drive Planning-Operating Account |

Should you have any questions, please contact City National Bank customer service at 305-448-6500 (1-833-448-6500).

 Outlook

Re: wire instructions for the million...

From Mark Haye <mhaye@xxicenturyfin.com>
Date Thu 1/22/2026 1:00 PM
To Russell Landy <rlandy@dvllp.com>
Cc Kenneth Dante Murena <kmurena@dvllp.com>; Adriana Pavon <apavon@dvcattorneys.com>; Mary Dhanji <mdhanji@dvllp.com>

Russell,

I have wired the $1,000,000 today and provided confirmation. Please confirm it has arrived on your end. 🙏

Given that the Receivership Estate is now receiving full payment — with the remaining $400,000 scheduled to be remitted shortly — I am proceeding on a full payoff and redemption of the Property, not a 24-month credit arrangement.

The promissory note, mortgage, and long-term payment structure were only relevant if this was going to be a financed resolution. Now that the Estate is being paid in full, this is a cash redemption of the Estate's claim against the Property.

I am redeeming the Property.

Any attempt to execute a writ while full payment is being made will be addressed with the Court. Any such enforcement will necessarily require the Receiver to explain to the Court why eviction is being pursued while the Estate is receiving full payment.

I would have expected this to be a welcome development. Full payoff has been the stated objective of the Receivership throughout this matter, and completing payment now achieves that goal faster, with less cost, and less risk to the Estate. Interfering with a full payoff only consumes Estate time, money, and resources without advancing recovery.

As Receiver's counsel, you have a fiduciary obligation to maximize recovery for the Estate. Accepting immediate full payment accomplishes that.

An Emergency Notice and proof of the $1.2 million tender have been overnighted to the Court for docketing.

I remain ready to complete the payoff promptly so this matter can be resolved in full. You won and are getting far more than what the note was for, paid in full. You should be happy and also take time to celebrate. It's all good news sir! 🌀

Published Author - www.markhaye.com

As always,

Mark Haye, MBA
21st Century Financial Partners
Corporate Vice President
Top of the Table - Million Dollar Round Table
NAIFA Top 4 advisor under 40
Registered Representative
Financial Planning - Life Insurance, disability, long term care, retirement and estate planning
6160 Central Ave N., Suite 200, Saint Petersburg, FL 33707
M 7278047220
F 1 (727) 313-9118

---

**From:** Russell Landy <rlandy@dvllp.com>
**Sent:** Thursday, January 22, 2026 12:13 PM
**To:** Mark Haye <mhaye@xxicenturyfin.com>
**Cc:** Kenneth Dante Murena <kmurena@dvllp.com>; Adriana Pavon <apavon@dvcattorneys.com>; Mary Dhanji <mdhanji@dvllp.com>
**Subject:** RE: wire instructions for the million...

***Confidential Settlement Communication – Inadmissible for any Purpose***

Hello Mark,

I again refer you to the draft agreement documents. If you perform your obligations under those documents, the Receiver will promptly comply with his. In any event, the signed agreement documents will be the sole controlling documents in relation to this matter.